# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Frank Eugene Silver aka Frank E. Silver aka Frank Silver<br>Kelly Sue Silver aka Kelly S. Silver aka Kelly Silver<br>                  Debtors | BK NO. 15-02808 RNO<br><br>Chapter 13 |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

      Kindly enter my appearance on behalf of Kubota Credit Corporation, and index same on the master mailing list.

Re: Loan # Ending In: 8870

                                            Respectfully submitted,

                                            **/s/John F. Goryl, Esquire**
                                            John F. Goryl, Esquire
                                            KML Law Group, P.C.
                                            701 Market Street, Suite 5000
                                            Philadelphia, PA 19106-1532
                                            (215) 627-1322 FAX (215) 627-7734
                                            Attorney for Movant/Applicant