```
                        United States Bankruptcy Court
                        Middle District of Pennsylvania
```

In re:                                                          Case No. 15-02808-RNO
Frank Eugene Silver                                             Chapter 13
Kelly Sue Silver
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-5        User: MMchugh         Page 1 of 1            Date Rcvd: Dec 12, 2016
                            Form ID: pdf010       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 14, 2016.
db/jdb         #+Frank Eugene Silver,   Kelly Sue Silver,   1359 Loyalville Outlet Rd.,
                 Harveys Lake, PA 18618-2117

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 14, 2016                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 12, 2016 at the address(es) listed below:
              Barbara Ann Fein    on behalf of Creditor   Kubota Credit Corporation JulieP@lobaf.com,
               lawofficeofbarbarafein@gmail.com
              C. Stephen Gurdin, Jr   on behalf of Joint Debtor Kelly Sue Silver ecf@gurdinlaw.com
              C. Stephen Gurdin, Jr   on behalf of Debtor Frank Eugene Silver ecf@gurdinlaw.com
              Charles J. DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              James T. Shoemaker   on behalf of Creditor   Luzerne Bank c/o James T. Shoemaker, Esq.
               jshoemaker@hkqpc.com
              John F Goryl   on behalf of Creditor   Kubota Credit Corporation bkgroup@kmllawgroup.com
              Kevin S Frankel   on behalf of Creditor   Siwell, Inc. DBA Capital Mortgage Services of Texas
               pa-bk@logs.com
              Kristen D Little    on behalf of Creditor   Siwell, Inc. DBA Capital Mortgage Services of Texas
               pabk@logs.com
              LeeAne O Huggins    on behalf of Creditor   Siwell, Inc. DBA Capital Mortgage Services of Texas
               pabk@logs.com
              United States Trustee   ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 10

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| FRANK EUGENE SILVER aka FRANK E. SILVER aka FRANK SILVER and KELLY SUE SILVER aka KELLY S. SILVER aka KELLY SILVER, | : : : : | 5:15-bk-02808 (RNO) |
| Debtors | : : | |
| LUZERNE BANK, | : : : | Chapter 13 |
| Movant | : : | |
| v. | : : | |
| FRANK EUGENE SILVER aka FRANK E. SILVER aka FRANK SILVER and KELLY SUE SILVER aka KELLY S. SILVER aka KELLY SILVER, and CHARLES J. DEHART, III, ESQUIRE, TRUSTEE, | : : : : : | |
| Respondents | : | |

## O R D E R

      Upon consideration of the motion for relief from automatic stay filed on behalf of the movant, Luzerne Bank, it is hereby

      ORDERED that the automatic stay imposed by 11 U.S.C. §362 is hereby lifted with respect to this bankruptcy and any conversion filed by the Debtors, to permit Movant to proceed to exercise any rights granted to it by state law in the Mortgaged Property, as more particularly described in Movant's motion.

By the Court,

_____
Robert N. Opel, II, Chief Bankruptcy Judge
(PAR)

Dated: December 12, 2016

2237259.1

Case 5:15-bk-02808-RNO    Doc 131    Filed 12/14/16    Entered 12/15/16 00:56:37    Desc
Imaged Certificate of Notice    Page 2 of 2