```
                         United States Bankruptcy Court
                         Middle District of Pennsylvania
In re:                                                           Case No. 15-02808-RNO
Frank Eugene Silver                                              Chapter 13
Kelly Sue Silver
        Debtors                     CERTIFICATE OF NOTICE
District/off: 0314-5         User: MMchugh              Page 1 of 1            Date Rcvd: Jan 04, 2017
                             Form ID: trc               Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 06, 2017.
4674418        +Navient Solutions Inc. on behalf of,    PHEAA,    Po box 8147,    Harrisburg,PA 17105-8147

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 06, 2017                                 Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 4, 2017 at the address(es) listed below:
              Barbara Ann Fein    on behalf of Creditor   Kubota Credit Corporation JulieP@lobaf.com,
               lawofficeofbarbarafein@gmail.com
              C. Stephen Gurdin, Jr    on behalf of Joint Debtor Kelly Sue Silver ecf@gurdinlaw.com
              C. Stephen Gurdin, Jr    on behalf of Debtor Frank Eugene Silver ecf@gurdinlaw.com
              Charles J. DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              James T. Shoemaker    on behalf of Creditor   Luzerne Bank c/o James T. Shoemaker, Esq.
               jshoemaker@hkqpc.com
              John F Goryl    on behalf of Creditor   Kubota Credit Corporation bkgroup@kmllawgroup.com
              Kevin S Frankel    on behalf of Creditor   Siwell, Inc. DBA Capital Mortgage Services of Texas
               pa-bk@logs.com
              Kristen D Little    on behalf of Creditor   Siwell, Inc. DBA Capital Mortgage Services of Texas
               pabk@logs.com
              LeeAne O Huggins    on behalf of Creditor   Siwell, Inc. DBA Capital Mortgage Services of Texas
               pabk@logs.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 10

2100 B (12/15)

# United States Bankruptcy Court

Middle District of Pennsylvania
Case No. 5:15-bk-02808-RNO
Chapter 13

In re: Debtor(s) (including Name and Address)

Frank Eugene Silver
1359 Loyalville Outlet Rd.
Harveys Lake PA 18618

Kelly Sue Silver
1359 Loyalville Outlet Rd.
Harveys Lake PA 18618

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 01/04/2017.

Name and Address of Alleged Transferor(s):

Claim No. 6: Navient Solutions Inc. on behalf of, PHEAA, Po box 8147, Harrisburg,PA 17105

Name and Address of Transferee:

ECMC
PO Box 16408
St. Paul, MN 55116-0408
ECMC
PO Box 16408
St. Paul, MN 55116-0408

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 01/06/17

Terrence S. Miller
**CLERK OF THE COURT**