United States Bankruptcy Court
Middle District of Pennsylvania

In re:  
Frank Eugene Silver  
Kelly Sue Silver  
     Debtors

Case No. 15-02808-RNO  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0314-5     User: MMchugh     Page 1 of 1     Date Rcvd: Jan 09, 2017  
Form ID: trc     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 11, 2017.  
4671847    +PHEAA,   PO Box 8147,   Harrisburg, PA 17105-8147

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.    TOTAL: 0

     ***** BYPASSED RECIPIENTS *****  
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 11, 2017    Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 4, 2017 at the address(es) listed below:

    Barbara Ann Fein    on behalf of Creditor    Kubota Credit Corporation JulieP@lobaf.com, lawofficeofbarbarafein@gmail.com  
    C. Stephen Gurdin, Jr    on behalf of Joint Debtor Kelly Sue Silver ecf@gurdinlaw.com  
    C. Stephen Gurdin, Jr    on behalf of Debtor Frank Eugene Silver ecf@gurdinlaw.com  
    Charles J. DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com  
    James T. Shoemaker    on behalf of Creditor    Luzerne Bank c/o James T. Shoemaker, Esq. jshoemaker@hkqpc.com  
    John F Goryl    on behalf of Creditor    Kubota Credit Corporation bkgroup@kmllawgroup.com  
    Kevin S Frankel    on behalf of Creditor    Siwell, Inc. DBA Capital Mortgage Services of Texas pa-bk@logs.com  
    Kristen D Little    on behalf of Creditor    Siwell, Inc. DBA Capital Mortgage Services of Texas pabk@logs.com  
    LeeAne O Huggins    on behalf of Creditor    Siwell, Inc. DBA Capital Mortgage Services of Texas pabk@logs.com  
    United States Trustee    ustpregion03.ha.ecf@usdoj.gov

    TOTAL: 10

2100 B (12/15)

# United States Bankruptcy Court

Middle District of Pennsylvania
Case No. 5:15-bk-02808-RNO
Chapter 13

In re: Debtor(s) (including Name and Address)

Frank Eugene Silver
1359 Loyalville Outlet Rd.
Harveys Lake PA 18618

Kelly Sue Silver
1359 Loyalville Outlet Rd.
Harveys Lake PA 18618

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 01/04/2017.

Name and Address of Alleged Transferor(s):

Claim No. 3: PHEAA, PO Box 8147, Harrisburg, PA 17105

Name and Address of Transferee:

ECMC
PO Box 16408
St. Paul, MN 55116-0408
ECMC
PO Box 16408
St. Paul, MN 55116-0408

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 01/11/17

Terrence S. Miller
**CLERK OF THE COURT**