```
                        United States Bankruptcy Court
                        Middle District of Pennsylvania
```

In re:                                                          Case No. 15-02808-JJT
Frank Eugene Silver                                             Chapter 13
Kelly Sue Silver
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-5          User: REshelman          Page 1 of 1          Date Rcvd: Apr 14, 2017
                              Form ID: trc             Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 16, 2017.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
 4673385       E-mail/PDF: cbp@onemainfinancial.com Apr 14 2017 19:00:37      Springleaf Financial Services,
                P.O. Box 3251,    Evansville, IN 47731-3251
                                                                                              TOTAL: 1

              ***** BYPASSED RECIPIENTS *****
 NONE.                                                                                        TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 16, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 13, 2017 at the address(es) listed below:
              Barbara Ann Fein    on behalf of Creditor    Kubota Credit Corporation JulieP@lobaf.com,
               lawofficeofbarbarafein@gmail.com
              C. Stephen Gurdin, Jr    on behalf of Joint Debtor Kelly Sue Silver ecf@gurdinlaw.com
              C. Stephen Gurdin, Jr    on behalf of Debtor Frank Eugene Silver ecf@gurdinlaw.com
              Charles J. DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              James T. Shoemaker    on behalf of Creditor    Luzerne Bank c/o James T. Shoemaker, Esq.
               jshoemaker@hkqpc.com
              John F Goryl    on behalf of Creditor    Kubota Credit Corporation bkgroup@kmllawgroup.com
              Kevin S Frankel    on behalf of Creditor    Siwell, Inc. DBA Capital Mortgage Services of Texas
               pa-bk@logs.com
              Kristen D Little    on behalf of Creditor    Siwell, Inc. DBA Capital Mortgage Services of Texas
               pabk@logs.com
              LeeAne O Huggins    on behalf of Creditor    Siwell, Inc. DBA Capital Mortgage Services of Texas
               pabk@logs.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                              TOTAL: 10

# United States Bankruptcy Court

Middle District of Pennsylvania
Case No. 5:15-bk-02808-JJT
Chapter 13

In re: Debtor(s) (including Name and Address)

Frank Eugene Silver
1359 Loyalville Outlet Rd.
Harveys Lake PA 18618

Kelly Sue Silver
1359 Loyalville Outlet Rd.
Harveys Lake PA 18618

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 04/13/2017.

Name and Address of Alleged Transferor(s):

Claim No. 5: Springleaf Financial Services, P.O. Box 3251, Evansville, IN 47731-3251

Name and Address of Transferee:

Portfolio Recovery Associates, LLC
PO Box 41067
Norfolk, VA 23541
Portfolio Recovery Associates, LLC
PO Box 41067
Norfolk, VA 23541

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 04/16/17

Terrence S. Miller
**CLERK OF THE COURT**