United States Bankruptcy Court
Middle District of Pennsylvania

In re:  
Frank Eugene Silver  
Kelly Sue Silver  
       Debtors

Case No. 15-02808-JJT  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0314-5     User: MMchugh     Page 1 of 1     Date Rcvd: May 05, 2017  
                         Form ID: pdf010     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 07, 2017.  
db/jdb        #+Frank Eugene Silver,    Kelly Sue Silver,    1359 Loyalville Outlet Rd.,    Harveys Lake, PA 18618-2117

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                           TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 07, 2017                                            Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 5, 2017 at the address(es) listed below:

         Barbara Ann Fein    on behalf of Creditor    Kubota Credit Corporation JulieP@lobaf.com, lawofficeofbarbarafein@gmail.com  
         C. Stephen Gurdin, Jr    on behalf of Joint Debtor Kelly Sue Silver ecf@gurdinlaw.com  
         C. Stephen Gurdin, Jr    on behalf of Debtor Frank Eugene Silver ecf@gurdinlaw.com  
         Charles J. DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com  
         James T. Shoemaker    on behalf of Creditor    Luzerne Bank c/o James T. Shoemaker, Esq. jshoemaker@hkqpc.com  
         John F Goryl    on behalf of Creditor    Kubota Credit Corporation bkgroup@kmllawgroup.com  
         Kevin S Frankel    on behalf of Creditor    Siwell, Inc. DBA Capital Mortgage Services of Texas pa-bk@logs.com  
         Kristen D Little    on behalf of Creditor    Siwell, Inc. DBA Capital Mortgage Services of Texas pabk@logs.com  
         LeeAne O Huggins    on behalf of Creditor    Siwell, Inc. DBA Capital Mortgage Services of Texas pabk@logs.com  
         United States Trustee    ustpregion03.ha.ecf@usdoj.gov  
                                                                                                                                  TOTAL: 10

```
              IN THE UNITED STATES BANKRUPTCY COURT
              FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:                           :     CHAPTER  13
FRANK EUGENE SILVER              :
a/k/a Frank E. Silver            :
a/k/a Frank Silver               :
                                 :
KELLY SUE SILVER                 :
a/k/a Kelly S. Silver            :     CASE NO. 5:15-bk-02808-JJT
a/k/a Kelly Silver               :
                                 :
     Debtor(s)                   :
```

ORDER

AND NOW, upon motion of the Debtor(s) IT IS ORDERED that the proceeding filed to the above caption is hereby converted to a proceeding under Chapter 7 of the Bankruptcy Code.

Dated: May 5, 2017

By the Court,

John J. Thomas, Bankruptcy Judge
(RPR)