# C. STEPHEN GURDIN, JR.
ATTORNEY AT LAW

67-69 PUBLIC SQUARE, SUITE 501
WILKES-BARRE, PA 18701-2512
_____

(570) 826-0481
Fax: (570) 822-7780
E-mail Stephen@gurdinlaw.com
Website:
www.gurdinlaw.com

May 12, 2017

CLERK U.S. BANKRUPTCY COURT
274 Max Rosenn U.S. Courthouse
197 South Main St.
WILKES BARRE PA 18701

RE: FRANK EUGENE SILVER
    KELLY SUE SILVER
    CHAPTER 13 BANKRUPTCY
    CASE NO. 5:15-bk-02808

Dear Madam/Sir:

Please note that the Debtors have a new address. Correspondence should be mailed to:

    Frank & Kelly Silver
    2373 Carter Rd.
    Montrose, PA 18801

Kindly update your records.

Very truly yours,

/s/Michelle Bergeron
Michelle Bergeron, Paralegal
For C. STEPHEN GURDIN, JR., ESQ.