IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: Frank Eugene Silver aka Frank E. Silver aka Frank Silver and Kelly Sue Silver aka Kelly S. Silver aka Kelly Silver,<br>    Debtors. | CHAPTER 7<br><br>BANKRUPTCY CASE NUMBER<br>15-02808/JJT |
| Siwell, Inc. DBA Capital Mortgage Services of Texas,<br>    Movant,<br>v.<br>Frank Eugene Silver aka Frank E. Silver aka Frank Silver and Kelly Sue Silver aka Kelly S. Silver aka Kelly Silver,<br>    Debtors,<br><br>Robert P. Sheils, Jr., Trustee,<br>   Additional Respondent. | 11 U.S.C. § 362 |

**CERTIFICATE OF CONCURRENCE**

I hereby certify that on May 2, 2017, our office contacted counsel for the Debtor and the Trustee and we have received concurrence from both parties.

                                              Respectfully submitted,

Dated: May 22, 2017                  BY: /s/ Kevin S. Frankel
                                                     Kevin S. Frankel, Esquire
                                                     Shapiro & DeNardo, LLC
                                                     3600 Horizon Drive, Suite 150
                                                     King of Prussia, PA 19406
                                                     (610)278-6800/ fax (847) 954-4809
S&D File #:15-050386               PA BAR ID #318323
                                                     pabk@logs.com