In re:                                                          Case No. 15-02808-JJT
Frank Eugene Silver                                             Chapter 7
Kelly Sue Silver
       Debtors

## CERTIFICATE OF NOTICE

District/off: 0314-5     User: MMchugh     Page 1 of 1     Date Rcvd: May 23, 2017
                  Form ID: pdf010    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 25, 2017.
db/jdb       +Frank Eugene Silver,   Kelly Sue Silver,   2373 Carter Rd.,   Montrose, PA 18801-7912

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                  TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 25, 2017                       Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 23, 2017 at the address(es) listed below:
        Barbara Ann Fein   on behalf of Creditor   Kubota Credit Corporation JulieP@lobaf.com,
         lawofficeofbarbarafein@gmail.com
        C. Stephen Gurdin, Jr   on behalf of Joint Debtor Kelly Sue Silver ecf@gurdinlaw.com
        C. Stephen Gurdin, Jr   on behalf of Debtor Frank Eugene Silver ecf@gurdinlaw.com
        James T. Shoemaker   on behalf of Creditor   Luzerne Bank c/o James T. Shoemaker, Esq.
         jshoemaker@hkqpc.com
        John F Goryl   on behalf of Creditor   Kubota Credit Corporation bkgroup@kmllawgroup.com
        Kevin S Frankel   on behalf of Creditor   Siwell, Inc. DBA Capital Mortgage Services of Texas
         pa-bk@logs.com
        Kristen D Little   on behalf of Creditor   Siwell, Inc. DBA Capital Mortgage Services of Texas
         pabk@logs.com
        LeeAne O Huggins   on behalf of Creditor   Siwell, Inc. DBA Capital Mortgage Services of Texas
         pabk@logs.com
        Robert P. Sheils, Jr (Trustee)   rsheils@sheilslaw.com,
         rmcdonald@sheilslaw.com;PA41@ecfcbis.com;psheldon@sheilslaw.com
        United States Trustee   ustpregion03.ha.ecf@usdoj.gov
                                          TOTAL: 10

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Frank Eugene Silver aka Frank E Silver aka Frank Silver and Kelly Sue Silver aka Kelly S  Silver aka Kelly Silver<br>　　　Debtors | CHAPTER 7<br><br>BANKRUPTCY CASE NUMBER<br>15-02808/JJT |
| Siwell, Inc  DBA Capital Mortgage Services of Texas<br>　　　Movant,<br>v<br>Frank Eugene Silver aka Frank E  Silver aka Frank Silver and Kelly Sue Silver aka Kelly S  Silver aka Kelly Silver<br>　　　Debtors,<br><br>Robert P  Sheils, Jr , Trustee,<br>　　　Additional Respondent(s) | 11 U S C  § 362 |

**O R D E R**

AND NOW,  at the Middle District of Pennsylvania, upon the consideration of the Motion of Movant for Relief from the Automatic Stay (the "Motion"), and the failure of Debtors to file an answer, appear or otherwise respond to the Motion, and for good cause shown, it is

ORDERED AND DECREED that the Automatic Stay of all proceedings, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (the "Code"), 11 U S C  § 362, is lifted to allow Movant, or its successors, if any, to proceed with its rights under its loan documents for the property located at 1359 Loyalville Outlet Road, Harveys Lake, PA 18618; and it is

FURTHER ORDERED that Rule 4001(a)(3) is not applicable and Movant, or its successors, if any, may immediately implement this order

Dated: May 23, 2017

**By the Court,**

John J. Thomas, Bankruptcy Judge
**(RPR)**