**C. STEPHEN GURDIN, JR.**
ATTORNEY AT LAW

67-69 PUBLIC SQUARE, SUITE 501
WILKES-BARRE, PA 18701-2512
_____

(570) 826-0481
Fax: (570) 822-7780
E-mail Stephen@gurdinlaw.com
Website:
www.gurdinlaw.com

June 13, 2017

CLERK U.S. BANKRUPTCY COURT
274 Max Rosenn U.S. Courthouse
197 South Main St.
WILKES BARRE PA 18701

RE:   FRANK EUGENE SILVER
      KELLY SUE SILVER
      CHAPTER 13 BANKRUPTCY
      CASE NO. 5:15-bk-02808


Dear Madam/Sir:

Please note that the Debtors have a new address. Correspondence should be mailed to:

   Frank & Kelly Silver
   2373 Carter Rd.
   Montrose, PA 18801

Kindly update your records.


Very truly yours,


/s/Michelle Bergeron
Michelle Bergeron, Paralegal
For C. STEPHEN GURDIN, JR., ESQ.