Certificate Number: 16339-PAM-DE-029570949

Bankruptcy Case Number: 15-02808



16339-PAM-DE-029570949

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>July 12, 2017</u>, at <u>10:08</u> o'clock <u>PM EDT</u>, <u>Kelly Silver</u> completed a course on personal financial management given <u>by telephone</u> by <u>Second Bankruptcy Course, LLC</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Middle District of Pennsylvania</u>.

Date:   <u>July 12, 2017</u>            By:      <u>/s/Kelley Tipton</u>

                                       Name:  <u>Kelley Tipton</u>

                                       Title:   <u>Certified Financial Counselor</u>

Certificate Number: 16339-PAM-DE-029570948

Bankruptcy Case Number: 15-02808



16339-PAM-DE-029570948

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>July 12, 2017</u>, at <u>10:08</u> o'clock <u>PM EDT</u>, <u>Frank Silver</u> completed a course on personal financial management given <u>by telephone</u> by <u>Second Bankruptcy Course, LLC</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Middle District of Pennsylvania</u>.

Date: <u>July 12, 2017</u>          By: <u>/s/Kelley Tipton</u>

                                Name: <u>Kelley Tipton</u>

                                Title: <u>Certified Financial Counselor</u>