United States Bankruptcy Court
Middle District of Pennsylvania

In re:  
Frank Eugene Silver  
Kelly Sue Silver  
      Debtors

Case No. 15-02808-JJT  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0314-5     User: MMchugh     Page 1 of 1     Date Rcvd: Sep 01, 2017  
                   Form ID: fnldec     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 03, 2017.  
db/jdb       +Frank Eugene Silver,   Kelly Sue Silver,   2373 Carter Rd.,   Montrose, PA 18801-7912  
tr           +Robert P. Sheils, Jr (Trustee),   Sheils Law Associates, PC,   108 North Abington Road,     Clarks Summit, PA 18411-2505

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                       TOTAL: 0

                ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 03, 2017                                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 1, 2017 at the address(es) listed below:  
        Barbara Ann Fein     on behalf of Creditor    Kubota Credit Corporation speck@lobaf.com,    BarbaraF@lobaf.com  
        C. Stephen Gurdin, Jr    on behalf of Debtor Frank Eugene Silver Stephen@gurdinlaw.com,    michelle@gurdinlaw.com  
        C. Stephen Gurdin, Jr    on behalf of Joint Debtor Kelly Sue Silver Stephen@gurdinlaw.com,    michelle@gurdinlaw.com  
        James T. Shoemaker    on behalf of Creditor    Luzerne Bank c/o James T. Shoemaker, Esq.    jshoemaker@hkqpc.com  
        John F Goryl    on behalf of Creditor    Kubota Credit Corporation bkgroup@kmllawgroup.com  
        Kevin S Frankel    on behalf of Creditor    Siwell, Inc. DBA Capital Mortgage Services of Texas    pa-bk@logs.com  
        Kristen D Little    on behalf of Creditor    Siwell, Inc. DBA Capital Mortgage Services of Texas    pabk@logs.com  
        LeeAne O Huggins    on behalf of Creditor    Siwell, Inc. DBA Capital Mortgage Services of Texas    pabk@logs.com  
        Robert P. Sheils, Jr (Trustee)    rsheils@sheilslaw.com,    rmcdonald@sheilslaw.com;PA41@ecfcbis.com;psheldon@sheilslaw.com  
        United States Trustee    ustpregion03.ha.ecf@usdoj.gov  
                                                                                                      TOTAL: 10

fnldec (12/15)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

Frank Eugene Silver
aka Frank E. Silver, aka Frank Silver
2373 Carter Rd.
Montrose, PA 18801

Chapter 7
Case No. 5:15−bk−02808−JJT

Kelly Sue Silver
aka Kelly S. Silver, aka Kelly Silver
2373 Carter Rd.
Montrose, PA 18801

Last four digits of Social−Security, Individual Taxpayer−Identification, Employer Tax−Identification No(s)(if any):
xxx−xx−9442
xxx−xx−9155

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

**IT IS ORDERED, Robert P. Sheils, Jr (Trustee)** is discharged as trustee of the estate of the above−named debtor(s); and the chapter 7 case of the above named debtor(s) is closed.

Dated: September 1, 2017

By the Court,

Honorable John J. Thomas
United States Bankruptcy Judge
By: MMchugh, Deputy Clerk